Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

AUGUST 16, 20 07

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR07 0294 RSM |
| Plaintiff, | |
| v. | INDICTMENT |
| HRANT "MIKE" ASLANYAN, a/k/a Mike Ascanyan, a/k/a Hvant Aslanyan, | |
| Defendant. | 07-CR-00294-INDI |



The Grand Jury charges that:

## COUNT ONE

(Bank Fraud)

A. **The scheme and Artifice to Defraud**.

1. Beginning on a date unknown, but within the last five years, and continuing through on or about August 15, 2006, at Redmond, within the Western District of Washington and elsewhere, HRANT "MIKE" ASLANYAN, and others known and unknown, did knowingly and willfully devise and execute a scheme and artifice to defraud financial institutions as defined by Title 18, United States Code, Section 20, including but not limited to Bank of America, U.S. Bank, Group Health Credit Union (GHCU), Washington Mutual (WAMU) and Boeing Employee's Credit Union (BECU), and to obtain monies, funds and credits under the custody and control

of said financial institutions by means of false and fraudulent pretenses, representations and promises, as further described below.

2. The essence of the scheme to defraud was for HRANT "MIKE" ASLANYAN and others known and unknown to obtain cash and other things of value from financial institutions and merchants by fraudulently obtaining credit card and debit card numbers (hereafter, collectively referred to as "access devices"), as well as Personal Identification Numbers (PINs), belonging to real individuals. This information was then used in unauthorized credit and debit card transactions with the purpose of fraudulently obtaining currency and merchandise.

**C.   The Scheme and Artifice to Defraud.**

3. It was part of the scheme and artifice to defraud that at all times relevant to this indictment, HRANT MIKE ASLANYAN owned and operated a retail business commonly known as "Smoker's Choice" in Redmond, Washington. As the owner and operator, HRANT MIKE ASLANYAN would routinely process customer transactions that were paid for using access devices. When processing these legitimate transactions, HRANT MIKE ASLANYAN would also wrongfully run the access device through a "skimmer" designed to capture the unique card number and other information encoded on the magnetic strip on the access device. In total, HRANT MIKE ASLANYAN compromised approximately 300 separate access device accounts. Representative examples include, but are not limited to, the following:

| Account Holder | Issuing Financial Institution | Approximate Date |
|---|---|---|
| L.R. | GHCU | 6/8/06 |
| H.O-B | WAMU | 6/22/06 |
| T.H. | BECU | 6/16/06 |
| A.M. | Bank of America | 7/6/04 |
| D.P. | U.S. Bank | 7/7/06 |

4. It was further part of the scheme and artifice that HRANT MIKE ASLANYAN would wrongfully divert these access card numbers and other confidential

information to other participants in the scheme, who in turn used these access card numbers and PINs to fraudulently withdraw cash from the associated accounts at the financial institutions and/or to purchase merchandise, all without the authorization of the legitimate account holder. The other participants wrongfully obtained cash and goods worth in excess of $250,000. Representative examples include, but are not limited to, the following:

| Account Holder | Issuing Bank | Location | Date | Amount |
|---|---|---|---|---|
| L.R. | GHCU | Las Vegas, NV | 8/2/06 | $202.02 |
| H.O-B | WAMU | Las Vegas, NV | 8/2/06 | $202.02 |
| T.H. | BECU | Hawthorne, CA | 7/31/06 | $500 |
| T.H. | BECU | N. Hollywood, CA | 8/1/06 | $500 |
| A.M. | Bank of America | Las Vegas, NV | 8/4/06 | $262 |
| D.P. | U.S. Bank | Las Vegas, NV | 8/6/06 | $508 |

C.  **Execution of the Scheme and Artifice to Defraud**.

5.  On or about the dates set forth below, within the Western District of Washington, and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud financial institutions, and to obtain money and property from said financial institutions by means of false and fraudulent pretenses, including, but not limited to, fraudulently utilizing credit and/or debit cards issued by said financial institutions without the authorization of the lawful account holders, HRANT "MIKE" ASLANYAN did knowingly cause, aid, and abet the following transactions:

a.  On or about June 8, 2006, 2006, HRANT "MIKE" ASLANYAN wrongfully captured and diverted access device information on an access device issued by GHCU to L.R.

b.  On or about August 2, 2006, HRANT "MIKE" ASLANYAN caused, aided, and abetted another participant in the scheme in using the GHCU access device issued to L.R. in Las Vegas, Nevada, to withdraw $202.02 from L.R.'s bank

1 account.

2     All in violation of Title 18, United States Code, Sections 1344 and 2.

### COUNT TWO

### (Aggravated Identity Theft)

    On or about July 6, 2006, at Redmond within the Western District of Washington, HRANT "MIKE" ASLANYAN knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, that is, a credit card number issued to A.M. by Bank of America, card number XXXX-XXXX-XXXX-0500, during and in relation to a felony listed in Title 18, United States Code, Section 1028A(c), to wit: Bank Fraud, in violation of Title 18, United States Code, Section 1344, as alleged in Count One.

    All in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL:

DATED: 8/16/07

*Signature Redacted Pursuant to Judicial Conference Policy*

_____

FOREPERSON

_____

JEFFREY C. SULLIVAN
United States Attorney

_____

MICHAEL LANG
Assistant United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

INDICTMENT/Aslanyan - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970