The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR07-294RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PROTECTIVE ORDER |
| HRANT "MIKE" ASLANYAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter, having come before the Court on the parties' Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following:

**PROTECTIVE ORDER**

The personal information related to any victims or witnesses, and any document containing personal information related to any victims or witnesses, provided by the government in discovery after the date of this order, is deemed Protected Material.  As used in this Order, the term "personal information" refers to each defendant's, victim's or witness's date of birth, credit card number, Social Security number, driver's license number, bank account numbers, address, telephone number, location of employment, and other contact information.

Possession of Protected Material is limited to the attorneys of record in the above captioned case and their investigators.  The attorneys of record and their investigators may not share or review un-redacted Protected Material in any manner with any other person, including any defendant in this case.  This order, however, does not prohibit the

PROTECTIVE ORDER — 1
(Aslanyan, et al., CR07-294RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  attorneys of record from discussing the contents of documents containing personal
2  information with the defendants and prospective witnesses, as long as the attorneys of
3  record do not share the document with the defendants or share any personal information
4  of victims or witnesses with the defendants or prospective witnesses.
5      The attorneys of record and their investigators shall keep any Protected Material
6  secured whenever the Protected Material is not being used in furtherance of their work in
7  the above captioned case.  The parties agree that this Protective Order may be modified,
8  as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order.
9      DATED this 14th day of September, 2007.

   RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

Presented by:

s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
WSBA # 21967
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5220
Seattle, Washington 98101
Facsimile: 206-553-0755
Phone: 206-553-5178
E-mail: vince.lombardi@usdoj.gov

/s/   Jilbert Tahmazian
JILBERT TAHMAZIAN
*Pro hac vice*
Attorney for Defendant

PROTECTIVE ORDER — 2
(Aslanyan, et al., CR07-294RSM)